NO. 07-08-0052-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JUNE 5, 2008

_____

PEDRO GRIMALDO MENDEZ, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 121ST DISTRICT COURT OF TERRY COUNTY;

NO. 5629; HONORABLE KELLY G. MOORE, JUDGE

_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Appellant, Pedro Grimaldo Mendez, was convicted of retaliation, enhanced, and sentenced to twenty-five years confinement. The *Trial Court's Certification of Defendant's Right of Appeal* contained in the clerk's record reflects that Appellant waived his right of appeal.

By letter dated May 12, 2008, this Court notified Appellant's counsel that the certification reflected a waiver of appeal and requested a response before May 22, 2008. The Court also notified counsel that unless an amended certification indicating otherwise or other grounds for appeal were provided, the appeal was subject to dismissal.  No response was filed nor was an amended certification made a part of the record.

Consequently, the appeal is dismissed.

Patrick A. Pirtle
Justice

Do not publish.